11 CIV 7155

JUDGE CASTEL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| R SQUARED GLOBAL, INC.<br><br>-v-<br><br>SERENDIPITY 3, INC. | Plaintiff,<br><br><br><br><br>Defendant. |

Case No: _____

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Serendipity 3, Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** October 12, 2011

Signature of Attorney

**Attorney Bar Code:** KD 2940

Form Rule7_1.pdf  SDNY Web 10/2007