```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 10-12-11        │
└─────────────────────────────┘
```

At a Special Term Part ____ of the Supreme Court of the State of New York, County of New York, at the Courthouse located at 60 Centre Street, New York, New York on the ____ day of October, 2011.

*United States District Court Southern District of New York*

P~~RESENT~~:

Hon. _____
                                J.S.C.

11 Civ. 7155 (PKC)

~~Index No. 652776/11~~

--------------------------------------X

R SQUARED GLOBAL, INC.,

                        Plaintiff,

            -against-                        **ORDER TO**
                                             **SHOW CAUSE**
SERENDIPITY 3, INC.,

                        Defendant.
--------------------------------------X

**UPON** the annexed Affidavit of Rowan Siebel, sworn to the 11th day of October, 2011, the Verified Complaint, verified the 10th day of October, 2011 and submitted as affidavit of the facts pursuant to C.P.L.R. 105(u), together with the exhibits annexed thereto, along with Plaintiff's Memorandum of Law in Support dated October 11, 2011, and upon all the prior pleadings and proceedings heretofore had herein;

**NOW,** on motion of Certilman Balin Adler & Hyman, LLP, attorneys for Plaintiff, R SQUARED GLOBAL, INC.,

**LET** defendant, SERENDIPITY 3, INC., show cause, on the 24th day October, 2011, *in Courtroom 12C* ~~a Special Term, Part ____, to be held~~ at the courthouse *U.S. 500 Pearl Street* ~~thereof, located at the courthouse located at 60 Centre Street, Room ____~~, New York, New York, at ~~9:30~~ 2pm ~~o'clock in the forenoon~~ of that day, or as soon thereafter as counsel can be heard, why

and order should not be made and entered pursuant to CPLR §6311 and §6313 temporarily restraining and enjoining Defendant, its officers, agents, servants and employees from terminating the exclusive license agreement entered into between the parties or taking any action or further steps to terminate, modify or alter the terms of the license agreement; and further

**WHY** the Plaintiff should not have such other and further relief as may be just, proper and equitable.

**SUFFICIENT REASON APPEARING THEREFOR**, it is

**ORDERED**, that Defendant, SERENDIPITY 3, INC., its officers, agents, servants and employees are temporarily restrained and enjoined from terminating the exclusive license agreement entered into between the parties or from taking any action to terminate, *PKC* modify or alter the terms of the license agreement pending the hearing and determination of the issues herein, and it is further

**ORDERED**, that service of this Order To Show Cause with the supporting papers upon which it is based, be made on or before October 12, 2011 by 5pm upon Defendant's attorneys, Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York, New York 10036, ~~on or before~~ ~~2011~~, and that such service be deemed good and sufficient service.

*Briefs on the issue of subject matter jurisdiction in response to my motion for a preliminary injunction is due October 19, 2011*

ENTER:

_____
~~J.S.C.~~ U.S.D.J.

3:25 pm

2

2410808.1