UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X     Case No.: 11CV7155
R SQUARED GLOBAL, INC.,                                                    (PKC) (MHD)

                               Plaintiff,

                                                    **Rule 7.1 Statement**

        -against-

SERENDIPITY 3, INC.,

                               Defendant.
-------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff R Squared Global, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        None

Dated: October 19, 2011

                                                          Paul Sweeney (5254)