# CERTILMAN BALIN

ANTHONY W. CUMMINGS
DIRECT DIAL 516.296.7062
acummings@certilmanbalin.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-11
```

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

November 4, 2011

**VIA FACSIMILE (212) 805-7949**
Honorable P. Kevin Castel
United States District Judge
U.S. District Court – Southern District **MEMO ENDORSED**
 of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Application granted
SO ORDERED
[signature]
USPJ
11-7-11

Re:   *R Squared Global, Inc. v. Serendipity 3, Inc.*
      Case No.: 11 cv 7155 (PKC) (MHD)

Dear Judge Castel:

Kindly accept this letter as plaintiff, R Squared Global, Inc.'s request that in lieu of posting a $60,000.00 bond by November 18, 2011, as directed by this Honorable Court in its Memorandum and Order dated November 3, 2011, plaintiff may deposit the sum of $60,000.00 in to the court's cash registry by November 18, 2011. My proposed Order is enclosed.

I inquired as to the position of counsel for the defendant on this request who advised he takes no position.

Respectfully submitted,

[signature]

Anthony W. Cummings

AWC:tt

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

2422097.1