*Please Return*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT ON NEW YORK
-----------------------------------------------------------X
R SQUARED GLOBAL, INC.,                                    11 cv 7155 (PKC)

              Plaintiff,

                                        ORDER

     -against-

SERENDIPITY 3, INC.,

             Defendant.
-----------------------------------------------------------X

        **UPON** the letter request of Anthony W. Cummings dated November 4, 2011, it is

        **ORDERED,** that in lieu of posting a $60,000.00 bond by November 18, 2011, as directed in this court's Memorandum and Order dated November 3, 2011, the plaintiff, R Squared Global, Inc., may deposit $60,000.00 in the court's cash registry by November 18, 2011.

                                                        SO ORDERED:

                                                        P. Kevin Castel
                                                        United States District Judge

                                                        11-7-11

2422101.1