USDS SDNY
DOCUMENT
DATE FILED: 1-13-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
R SQUARED GLOBAL, INC.,

                Plaintiff,                11 Civ. 7155 (PKC)

    -against-                         ORDER

SERENDIPITY 3, INC.,

                Defendant.
------------------------------------------------------------x

CASTEL, District Judge:

        I have reviewed the letters from the parties dated January 10, 2012 and January 13, 2012.

        All fact discovery on both the merits of the claims and on the issue of whether there is a valid enforceable settlement agreement shall be completed no later than May 18, 2012. Any expert discovery shall be completed by June 22, 2012. Any motion to amend a pleading will be deemed untimely unless made by February 3, 2012 (premotion conference waived for any such motion). The next conference is June 1, 2012 at 11 a.m.

SO ORDERED.

                                                             P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       January 13, 2012