UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-12
```

-------------------------------------------------------

R Squared Global, Inc.,

                        Plaintiff,

      -against-

Serendipity 3, Inc.,

                        Defendant.

-------------------------------------------------------

11 Civ. 7155 (PKC) (MHD)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

      The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Discovery Dispute (specify).

___ Discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ To hear and report on Habeas Corpus petition

___ To hear and report on Social Security appeal

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion: _____

      _____

      All such motions: ____

================================================================

* Do not check if already referred for general pretrial.

      SO ORDERED.

                                          P. Kevin Castel
                                  United States District Judge

DATED:   New York, New York
              January 13, 2012